IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL DAVID WILSON, JR.,     \*

        Plaintiff,     \*

v.     Case No. 5:21-cv-00457-MTT

    \*

Warden CLINTON PERRY, et al.,     \*

        Defendants.     \*

**J U D G M E N T**

Pursuant to this Court's Order dated February 6, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of February, 2024.

                       David W. Bunt, Clerk

                       s/ Shabana Tariq, Deputy Clerk